CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6570
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE
~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| GENNADIY BEZKOROVAYNIY, | Case No. 5:26-cv-01798-EJD |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONTINUE RESPONSE DEADLINE; ~~[PROPOSED]~~ ORDER** |
| v. | |
| JOSEPH B. EDLOW, Director of United States Citizenship and Immigration Services, | Hon. Edward J. Davila |
| Defendant. | |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant hereby moves the Court for an order continuing the deadline to file a response to Plaintiff's Amended Complaint. Dkt. 12. In accordance with Civil Local Rule 6-3(a), this motion is supported by the Declaration of Molly A. Friend ("Friend Decl.") and a proposed order, which are filed herewith.

On June 1, 2026, Plaintiff filed an Amended Complaint pursuant to the Administrative Procedure Act and Mandamus Act. Dkt. 12. Defendant's response is due June 15, 2026.

Defendant respectfully requests a one-week extension to June 22, 2026, for two separate reasons. First, counsel for Defendant and Plaintiff have been trying to coordinate a time to meet and confer regarding this matter, and discussions may inform how Defendant responds to the Amended Complaint.

Friend Decl. at ¶ 3. Additionally, Defendant's counsel is unable to complete Defendant's response by the current deadline, due to counsel's unusually heavy caseload during the past fourteen days. *Id.* at ¶ 4. Specifically, Defendant's counsel is handling briefing in multiple matters with pending motions to dismiss and for summary judgment, as well as briefing and hearings in a large number of mandamus actions involving claims of delay in adjudicating Form I-526 petitions, such as the present action. *Id*. Additionally, Defendant's counsel helps manage the civil immigration-related mandamus cases filed in this District, which currently consists of more than 100 active cases. *Id.*

Defendant respectfully submits that the requested extension will not prejudice Plaintiff, as Defendant is requesting only a one-week extension. Defendant's counsel reached out to Plaintiff's counsel to request a stipulation for an extension. *Id.* at ¶ 5. However, Defendant's counsel understands that Plaintiff's counsel is currently out of the office, and at the time of filing, no response has been received.

Accordingly, Defendant respectfully requests that the Court enter an Order continuing the deadline for Defendant to respond to the Amended Complaint to June 22, 2026.

DATED: June 15, 2026                      Respectfully submitted,

                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                          */s/ Molly A. Friend*
                                          MOLLY A. FRIEND
                                          Assistant United States Attorney

                                          *Attorneys for Defendant*

ADMINISTRATIVE MOTION
Case No. 5:26-cv-01798-EJD                2

[PROPOSED] ORDER

Defendant has filed a motion requesting a continuance of the deadline to file a response to Plaintiff's Amended Complaint to June 22, 2026.

Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion. IT IS SO ORDERED.

DATED:    June 16, 2026

SENIOR DISTRICT JUDGE EDWARD J. DAVILA